# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1301
(Serial No. 11/578,646)

IN RE RAJEN M. PATEL, GERT CLAASEN, WENBIN LIANG,
KARIN KATZER, KENNETH B. STEWART, THOMAS ALLGEUER,
and JESUS NIETO

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

Authorized Abbreviated Caption[2]

IN RE RAJEN PATEL, 2013-1301

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.